REYNOLDS, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by James L. Reynolds against the New York, New Haven & Hartford Railroad Company. No opinion. Order denying motion for new trial affirmed, with costs.

RICE, Respondent, v. TOWN OF ADAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Harvey C. Rice against the town of Adams. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

RICHARDSON & BOYNTON CO., Respondent, v. SCHIFF, Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by the Richardson & Boynton Company against Fanny H. Schiff. No opinion. Judgment of the City Court of Yonkers affirmed, with costs.

ROBERTS, Respondent, v. GIFFORD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Elmer E. Roberts, individually, etc., against William E. Gifford, impleaded, etc.

PER CURIAM. Orders affirmed, with $10 costs and disbursements.

HISCOCK, J., not sitting.

ROGERS v. HERTER et al. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Action by George W. Rogers against Peter Herter and others. G. O. Maas, for plaintiff. F. V. Johnson, for defendants. No opinion. Judgment affirmed, with costs to plaintiff, respondent, against defendants, appellants, and with costs to defendant, respondent, against plaintiff, appellant.

ROSENBERG, Respondent, v. HAGGERTY et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by Samuel Rosenberg against Agnes F. Haggerty and others. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted.

ROSENFELD, Respondent, v. CENTRAL VERMONT RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Morris Rosenfeld against the Central Vermont Railway Company. No opinion. Appeal dismissed, without costs.

ROWLAND v. LOGAN et al. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Charles L. Rowland against William J. Logan and others. No opinion. Judgment affirmed, without costs.

ROZETT, Appellant, v. ZETTERBERG, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by William E. Rozett against Herman Zetteberg. No opinion. Judgment of the Municipal Court affirmed, with costs.

RUSSELL, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by James R. Russell against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the failure to furnish explosives was not the proximate cause of the accident.

SADLER, Appellant, v. BOHM et al., Respondents. (Supreme Court, Appellate Division, First Department. March 23, 1906. Action by B. Frank Sadler against Julius Bohm and another. S. S. Myers, for appellant. M. D. Steuer, for respondents. No opinion. Order modified, by requiring as a condition of opening default, in addition to motion cost allowed, the payment of $30 trial fee, $10 term fee, and the disbursements of plaintiff on the inquest, without costs of appeal. Order filed.

ST. REGIS PAPER CO., Respondent, v. WATSON PAGE LUMBER CO., Appellant (Supreme Court, Appellate Division, Third Department. March 22, 1906.) Action by the St. Regis Paper Company against the Watson Page Lumber Company. No opinion. Motion denied, with $10 costs.

SAMSON, Respondent, v. HARMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by Harry M. Samson against Archer Harman. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the admission of letter in evidence at folio 115.

SCHLESINGER, Respondent, v. HAASE, Appellant. (Supreme Court, Appellate Term. March 2, 1906.) Appeal from City Court of New York, Special Term. Action by Leo Schlesinger, as receiver, against Lewis Haase. From a judgment for plaintiff, defendant appeals. Reversed. Kantrowitz & Esberg, for appellant. Kneeland, LaFetra & Glaze, for respondent.

PER CURIAM. We fail to see any justification for the referee's finding. Plaintiff services were rendered to and accepted by the bank. They were peculiarly for the benefit of the bank and the board of directors expressly ratified the employment. The fact that Rothschild, the president, personally advanced the salary, is of no consequence, as it appears to have been expressly understood that he was to be reimbursed by the bank. As there is